# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RAMIREZ-SORIA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MICHAEL L. BENOV,<br><br>　　　　Respondent. | Case No. 1:14-cv-00040-LJO-SMS<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THE COURT DISMISS THE PETITION AS MOOT<br><br>(Doc. 12) |

Petitioner Oscar Ramirez-Soria is a federal prisoner confined in the Taft Correctional Institution, Taft, California. On January 13, 2014, Petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging that a disciplinary hearing that resulted in his loss of good-time credits violated his right to due process. On May 9, 2014, Respondent Michael L. Benov, the warden of TCI, moved to dismiss the petition as moot since following a rehearing of Petitioner's case on April 8, 2014, Petitioner received modified sanctions that did not include any loss of good time credit. Petitioner did not respond to the motion to dismiss.

The undersigned has reviewed the documentation submitted by Respondent in support of the motion, including the declaration of Angela Lamie, Correctional Programs Specialist, Federal Bureau of Prisons, Western Regional Office, Stockton, California, and finds Respondent's motion to be supported by evidence establishing resolution of the underlying disciplinary action without loss to

Petitioner of good time credit.  Accordingly, the undersigned RECOMMENDS that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 be dismissed as moot.

These findings and recommendations are submitted to the Honorable Lawrence J. O'Neill, United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within thirty (30) days after being served with a copy, either party may file written objections with the Court, serving a copy on the opposing parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C).  Plaintiff advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **September 16, 2014**              **/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2